Dear: Honorable Judge Sam S Sheldon

United States Courts
Southern District of Texas
FILED
DEC 03 2021
Nathan Ochsner, Clerk of Court

Case # 4:21-cv-01838
Patel v. Houston
12/03/2021

I am writing you to introduce myself my name is Vanie Deloris Houston I am a 59 year old single mother I have lived in Houston Texas most of my life I have three children and 12 grandchildren. I am a nurse assistant for Memorial Hermann hospital I've been here for 13 years. Its been about 4 years plus that I've become aware of this situation, I have hired numerous attorneys to resolve this since finding out about this matter. I am in a upside down money bind I don't know where else to turn I've exhausted all my resources. My life hasn't been very easy I've worked very hard to acquire the things I have. This has caused me a big financial burden along with many health issues in fact I am currently on a medical leave from work and will be having surgery on December 10th . this situation has caused me to go to my last resorts to get money to pay lawyers who has defrauded me. I hired a lawyer by the name of Gunny Thompson who has been representing me for the last 3 years, I've been paying him for his work until you told me that he wasn't able to represent me which made me aware that he wasn't a lawyer. I have contacted legal aid and other agencies for help but because of my home they're not able to assist me. I am still seeking legal assistance at this time. I just want to say thank you for taking out the time to read this letter.

Sincerely, Vanie Houston

*/signature/*